UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARCUS DARNELL EBRON,

    Plaintiff,

v.                                                  Case No:   3:12-cv-272-J-32JBT

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Defendant.

## ORDER

This case is before the Court on Defendant United States Immigration and Customs Enforcement's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 34), to which Plaintiff Marcus Darnell Ebron has responded (Doc. 35). On March 3, 2014, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 36) recommending that the motion be granted and that the Second Amended Complaint be dismissed with prejudice.

No objections have been filed, and the time in which to do so has now passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon independent review of the file, and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 36), it is therefore hereby

**ORDERED:**

1.     The Report and Recommendation of the Magistrate Judge (Doc. 36) is **ADOPTED** as the opinion of the Court.

2

    2.    Defendant United States Immigration and Customs Enforcement's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 34) is **GRANTED**.

    3.    The Second Amended Complaint is **DISMISSED with prejudice**. The Clerk is directed to close this case.

    **DONE AND ORDERED** at Jacksonville, Florida, this 7th day of April, 2014.

_____
TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Pro se plaintiff

Counsel of record